UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**METROPOLITAN LIFE**
**INSURANCE COMPANY,**                          )
                                                )
    **Plaintiff,**                              )
                                                )
**v.**                                          )          Case No. _____
                                                )
**PATRICIA A. JONES**                           )
    Serve:  1513 Channing St., N.E.             )
        Washington, D.C. 20018                  )
                                                )
**ROBYN CHAMP,**                                )
    Serve:   2765 Langston Place, S.E.          )
        Washington, DC                          )
        20020-3238                              )
                                                )
**ROBERT S. CHAMP II,**                         )
    Serve:  1513 Channing St., N.E.             )
        Washington, D.C. 20018                  )
                                                )
**DYNISE L. CHAMP,**                            )
    Serve:  10167 Scotch Hill Dr.               )
        Largo, MD 20772                         )
                                                )
**CHERIE T. CHAMP,**                            )
    Serve:  326 McCotter Blvd, Apt. 38          )
        Havelock, North Carolina                )
        28532                                   )
                                                )
**AND**                                         )
                                                )
**W.H. BACON FUNERAL HOME, INC.**               )
    Serve:  Wanda C. Bacon                      )
        Registered Agent                        )
        3447 14th Street, N.W.                  )
        Washington, DC 20010                    )
                                                )
    **Defendants.**                             )
                                                )

## COMPLAINT IN INTERPLEADER

Pursuant to 28 U.S.C. § 1335, 28 U.S.C. § 1331, 28 U.S.C § 1332, 5 U.S.C. §§ 8701 et seq, and Rule 22 (a) of the Federal Rules of Civil Procedure, Plaintiff, Metropolitan Life Insurance Company ("MetLife"), for its Complaint in Interpleader against Defendants, alleges and states as follows:

1.     This action involves the claims for life insurance proceeds arising from the death of Robert Spencer Champ ("Decedent"), a former employee of the United States Postal Service. Two of the Decedent's four children have claimed entitlement to part or all of the benefits. Patricia A. Jones ("Jones") also has claimed entitlement to part or all of the benefits as the Decedent's alleged common law wife.

2.     The federal government, pursuant to the Federal Employees' Group Life Insurance Act, purchased a policy of group life insurance providing coverage for eligible civilian employees. The federal government obtained coverage from MetLife in the form of a group policy. MetLife adjudicates claims brought under the Federal Employees' Group Life Insurance ("FEGLI") Policy.

3.     Decedent was a civilian employee of the federal government and, as such was covered under the FEGLI policy. As a participant under the FEGLI policy, the Decedent had life insurance coverage in the amount of Two Hundred and Eighteen Thousand Dollars ($218,000) (hereinafter "FEGLI Proceeds") at the time of his death.

2

4.      For the reasons discussed below, MetLife cannot determine the proper beneficiary of the FEGLI Proceeds, and is bringing this lawsuit for interpleader to avoid being vexed and harassed by conflicting and multiple claims.

**Jurisdiction and Venue**

5.      Federal jurisdiction exists under 28 U.S.C. § 1331 (2006) and 5 U.S.C. § 8715 (2006), as this action is a federal question case involving an employee benefit plan governed by FEGLIA.  The issues in this lawsuit are governed, in part, by the Federal Employees' Group Life Insurance Act, 5 U.S.C. §§ 8701, et seq., and by the regulations promulgated pursuant to this statute by The Office of Personnel Management at Title 5 CFR, Part 870.

6.      This Court also has subject matter jurisdiction of this lawsuit under 28 U.S.C. § 1335 and 28 U.S.C. § 1332.

7.      Furthermore, Rule 22 of the Federal Rules of Civil Procedure applies, as it provides that "a person having claims against the plaintiff may be joined as defendants when their claims are such that the plaintiff is or may be subject to double or multiple liability."

8.      Pursuant to 28 U.S.C. § 1391(b) (2006) and 28 U.S.C. § 1397 (2006), and upon information and belief, venue is proper in the District of Columbia, because one or more of the claimants reside in this judicial district and a substantial part of the events or omissions giving rise to the claim occurred in this district.

**Parties**

9.      Plaintiff MetLife is a life insurance company organized under the laws of the State of New York and having its principal place of business in the State of New York. MetLife is authorized to do business in the District of Columbia.

10.      Upon information and belief, defendant Jones is an individual residing in Washington, D.C. Jones alleges that she is the common law wife of Decedent.

11.      Upon information and belief, defendant Robyn Champ is an individual living in Washington, D.C.   Robyn Champ is the daughter of Decedent.

12.      Upon information and belief, defendant Robert Champ II is an individual residing in Washington, D.C. Robert Champ II is the son of Decedent.

13.      Upon information and belief, defendant Dynise Champ lives in Largo, Maryland. Dynise Champ is the daughter of Decedent.

14.      Upon information and belief, defendant Cherie Champ lives in Havelock, North Carolina. Cherie Champ is the daughter of Decedent.

15.      Upon information and belief, defendant W.H. Bacon Funeral Home, Inc. is a company that operates and has its principal place of business in Washington D.C.

**FACTUAL BACKGROUND**

16.      Decedent passed away on September 29, 2005.  Under the terms of the FEGLI Policy and on account of Decedent's death, MetLife became obligated to pay the FEGLI Proceeds to the person rightfully entitled to them.

17.      The FEGLI Proceeds are to be paid in accordance with the order of precedence set forth in 5 U.S.C. § 8705(a) which provides that "the amount of group life

4

insurance and group accidental death insurance in force on an employee at the date of his death shall be paid, on the establishment of a valid claim, to the person or persons surviving at the date of his death . . . First, to the beneficiary or beneficiaries designated by the employee in a signed and witnessed writing received before death in the employing office . . . Second, if there is no designated beneficiary, to the widow or widower of the employee. Third, if none of the above, to the child or children of the employee and the descendants of deceased children by representation."

18.     No Beneficiary Designation was on file at the time of decedent's death.

19.     On or about October 3, 2005, Decedent's four children, Robyn Champ, Robert Champ II, Dynise Champ, and Cherie Champ signed an assignment to a portion of the FEGLI Proceeds to defendant W.H. Bacon Funeral Home, Inc. in the amount of $7,129.00. A true and correct copy of the assignment dated October 3, 2005, is attached hereto as Exhibit "A."

20.     On or about November 21, 2005, Cherie Champ submitted a life insurance claim form, seeking the FEGLI Proceeds as Decedent's daughter. A true and correct copy of the November 21, 2005 life insurance claim form submitted by Cherie Champ is attached as Exhibit "B."

21.     On or about November 21, 2005, Dynise Champ also submitted a life insurance claim form, seeking the FEGLI Proceeds as Decedent's daughter. A true and correct copy of the November 21, 2005 life insurance claim form submitted by Dynise Champ is attached as Exhibit "C."

22.    However, Jones claims that she is entitled to all or part of the FEGLI Proceeds pursuant to her alleged common law marriage with the Decedent. On or about February 2, 2006, Jones submitted a life insurance claim form, seeking the FEGLI Proceeds and describing herself as Decedent's "Common Law Wife (engaged)." A true and correct copy of the February 2, 2006 life insurance claim form submitted by Jones is attached as Exhibit "D."

23.    Decedent's two other children, Robert Champ II and Robyn Champ, to date, have not submitted life insurance claim forms seeking the FEGLI Proceeds.

## INTERPLEADER

24.    MetLife has received conflicting claims for the FEGLI Proceeds.

25.    There is a question of fact and law as to who is the proper beneficiary of the FEGLI Proceeds.

26.    Specifically, MetLife cannot determine if Jones can establish by clear and convincing evidence that she and the Decedent had a valid common law marriage under District of Columbia law. *See Johnson v. Young*, 372 A.2d 992 (D.C. 1977). If Decedent and Jones had a valid common law marriage, then the FEGLI Proceeds would be payable to Jones, under FEGLIA, 5 U.S.C. § 8705 (a).

27.    If, however, Jones and the Decedent did not have a valid common law marriage, then the FEGLI Proceeds would be payable to the four children of the Decedent, Defendants Robyn Champ, Robert Champ II, Dynise Champ, and Cherie Champ, and to W.H. Bacon Funeral Home, Inc., if there exists a valid and enforceable

assignment to any portion of the FEGLI Proceed from Decedent's children to W.H. Bacon Funeral Home, Inc. *See* 5 U.S.C. § 8705.

28.     MetLife is and at all times has been ready, willing and able to pay the FEGLI Proceeds with applicable interest, if any, to the party legally entitled to them and seeks to pay the FEGLI Proceeds into this Court.

29.     MetLife asserts no interest in the FEGLI Proceeds, does not dispute that they are due, and has no opinion as to which of the interpleader defendants should be the beneficiary. MetLife is therefore a mere disinterested stakeholder to this action, with no interest in the controversy between the defendants.

30.     MetLife cannot make payment of the FEGLI Proceeds without the risk of being subjected to costs and expenses in a multiplicity of suits or the possibility of multiple payment of the amount due.

31.     MetLife seeks, by way of this interpleader, certainty regarding the parties' respective rights to the FEGLI Proceeds.

32.     Based on the foregoing, there is presently an actual, justiciable controversy as to the FEGLI Proceeds, and MetLife as a disinterested stakeholder is entitled to the relief requested herein.

33.     MetLife has not brought this action for any benefit of its own, and there is no fraud or collusion between MetLife and any of the Defendants. MetLife brings this action of its own free will and to avoid being vexed and harassed by conflicting and multiple claims.

34.    As a mere stakeholder initiating this interpleader action, MetLife is entitled to recover its reasonable attorneys' fees, costs of court, and expenses incurred as a result of these proceedings, for which sums MetLife seeks recovery herein.  *See Prudential Ins. Co. of Am. v. Boyd*, 781 F.2d 1494, 1497 (11th Cir. 1986) ("In an interpleader action, costs, and attorneys' fees are generally awarded, in the discretion of the court to the plaintiff who initiates the interpleader as a mere disinterested stake holder."); *Corrigan Dispatch Co. v. Casa Guzman, S.A.*, 696 F.2d 359, 364 (5th Cir. 1983) (noting that it is "well-settled" that a district court has authority to award costs, including reasonable attorneys' fees, in interpleader actions).

35.    All conditions precedent to this action have occurred or been performed.

36.    MetLife makes no claim to the FEGLI Proceeds other than the payment of its costs and reasonable attorneys' fees in connection with this action.

WHEREFORE, MetLife prays that this Court take jurisdiction over this matter, and issue an order or orders:

(1)    granting MetLife's request for Interpleader;

(2)    granting MetLife judgment for its reasonable fees and costs, to be paid from the FEGLI Proceeds and permitting and directing MetLife to deposit the FEGLI Proceeds (less MetLife's reasonable attorneys' fees and costs) into the Registry of the Court;

(3)    dismissing MetLife from this action with prejudice, and discharging MetLife, along with the United Stated Office of Personnel Management, from any further liability in connection with the FEGLI Proceeds, upon MetLife's deposit of the FEGLI

Proceeds (less MetLife's reasonable attorneys' fees and costs) into the Registry of the Court;

(4)     granting MetLife an injunction barring defendants and their successors and assigns, from instituting any action, prosecution, or proceeding, in any State or United States Court, against MetLife, or the United States Office of Personnel Management with respect to the FEGLI Proceeds;

(5)     requiring all Defendants to answer this Complaint in Interpleader, and to proceed to determine the proper disposition of the FEGLI Proceeds (less MetLife's reasonable attorneys' fees and costs); and

(6)     ordering such other and further relief as the Court deems just and proper.

Respectfully submitted this 16th day of August, 2007.

Ronda Brown Esaw, Esq. D.C. Bar No. 494516
Sarah A. Belger, Esq. Va. Bar No. 67947 (motion
for admission *pro hac vice* to be filed)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5392
Facsimile: (703) 712-5251

Attorneys for Plaintiff, Metropolitan Life
Insurance Company

\4679822.2

9

## W.H. BACON FUNERAL HOME, INC.

3447 14th Street Northwest
Washington, DC 20010
(202) 332-3352

| | |
|---|---|
| DECEASED | Robert Spencer Champ |
| DATE OF DEATH | September 29, 2005 |
| PLACE OF DEATH | Hospice of Washington |
| DATE OF STATEMENT | October 3, 2005 |

### A. CHARGE FOR SERVICES SELECTED

**1. Professional Services:**

| | | |
|---|---|---|
| Basic Services of Funeral Director & Staff | 895.00 | |
| Embalming | 250.00 | |
| Other preparation of body | | |
| Dressing and Casketing | N/C | |
| | | 1,145.00 |

**2. Facilities, Equipment & Staff:**

| | | |
|---|---|---|
| Use of Facilities & Staff for Viewing / Visitation | | |
| Use of Facilities & Staff for Funeral Ceremony | | |
| Use of Facilities & Staff for Memorial Service | | |
| Use of Equipment & Staff for Graveside Service | | |
| Use of Equipment & Staff for Church Service | 100.00 | |
| | | 100.00 |

**3. Transportation:**

| | | |
|---|---|---|
| Transfer of Remains to Funeral Home | 100.00 | |
| Hearse | 200.00 | |
| Limousine | 300.00 | |
| Sedan | | |
| Service / Utility Vehicle | | |
| | | 600.00 |

**4. Other Services / Facilities / Equipment.**

TOTAL OF SERVICES SELECTED ........................ $ 1,845.00

### B. CHARGE FOR MERCHANDISE SELECTED

| | |
|---|---|
| Casket (or other receptacle) | 800.00 |
| Name/No.   Sutton | |
| Material   20-gauge Steel | |
| Color   Silver | |
| Outer Burial Container | |
| Name/No. | |
| Material | |
| Acknowledgement Cards | |
| Register Book | |
| Memory Folders / Prayer Cards | |
| Clothing | |
| Cremation Urn | |

TOTAL OF MERCHANDISE SELECTED ........................ $ 800.00

### C. SPECIAL CHARGES

Forwarding remains to:    Receiving remains from:

| | |
|---|---|
| Immediate Burial | |
| Direct Cremation | |
| Other | |
| TOTAL OF SPECIAL CHARGES ........................ $ | |

TOTAL FUNERAL HOME CHARGES ........................ $ 2,645.00
*(This total does not include Cash Advances)*

---

### STATEMENT OF
### FUNERAL GOODS AND SERVICES SELECTED

Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reason in writing below.

If you selected a funeral that may require embalming such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if you selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain why below.

### CASH ADVANCES

| Certified Copies of Death Certificates | | | |
|---|---|---|---|
| 6   @ $ 18.00   each | | $ | 108.00 |
| Clergy | | | |
| Pillow | | | 40.00 |
| Musician | | | 75.00 |
| Monticello Vault | | | 600.00 |
| Paid Newspaper Notice | | | |
| Cemetery | | | |
| Angelic Doves | | | 150.00 |
| Other Red Carnations | | | 100.00 |
| Red & White Carnations | | | 100.00 |
| TOTAL CASH ADVANCE $$ $ | | 1,173.00 |

We charge you for our services in obtaining certain cash advance items.

Plus: Use of Church $175.00

### SUMMARY

| | | |
|---|---|---|
| Total Funeral Home Charges | $ | 2,645.00 |
| Total Sales Tax (if applicable) | $ | 46.00 |
| State Sales Tax (if applicable) | | |
| Total Cash Advances | $ | 1,173.00 |
| GRAND TOTAL | $ | 3,864.00 |
| | | 4,039.00 |
| Less Credits and Payments | | |
| | $ | |
| | $ | |
| Total Credits | $ | |
| **BALANCE DUE** | $ | 3,864.00 |
| Adjusted Balance | | 4,039.00 |

Billing To   Dyrlise Champ
10167 Scotch Hill Drive
Maryland, 20744

### DISCLOSURES

Reason for embalming   necessary for public viewing

If any law, cemetery or crematory requirement, have required the purchase of any items listed, the law or requirement is listed below.

### ACKNOWLEDGEMENT AND AGREEMENT

I hereby acknowledge that I have the legal right to arrange the final services for the deceased, and I authorize the funeral establishment to perform services, furnish goods, and incur expenses that are specified on this statement. I acknowledge that I have received the General Price List and the Casket Price List and the Outer Burial Container Price List.

Terms of Payment:

Full payment is due no later than

If any payment is not paid when due, an unpaid balance LATE CHARGE of _____ % per month (ANNUAL PERCENTAGE RATE _____ %) on the unpaid balance will be due. I agree to pay the Balance Due listed on this Statement, plus any Late Charge. In the event I default in payment to this funeral establishment, I agree to pay reasonable attorney's fees and court costs in addition to any Late Charge applicable. I understand and agree that I am assuming personal liability for the charges set forth in this Statement and that this is in addition to the liability imposed by law upon the estate of the deceased. By my signature below, I hereby agree to all of the above and acknowledge receipt of a copy of this Statement.

Signed _Dyrlise Champ_    Date 10/3/05

Social Security Number 213-70-662 1

### ACCEPTANCE

This funeral establishment agrees to provide all services, merchandise and cash advances indicated on this Statement.

By _Wanda C. Bacon_

EXHIBIT

A

tabbies

FUNERAL GOODS AND SERVICES SELECTED

Charges are only for those items that you selected or that are
required. If we are required by law or by a cemetery or crematory
to use any items, we will explain the reasons in writing below.

If you selected a funeral that may require embalming, such as a
funeral with viewing, you may have to pay for embalming. You
do not have to pay for embalming if you do not approve it if you
selected arrangements such as a direct cremation or immediate
burial. If we charged for embalming, we will explain why below.

**W.H. BACON FUNERAL HOME, INC.**
3447 14th Street Northwest
Washington, DC 20010
(202) 332-3352

**CASH ADVANCES**

Certified Copies of Death Certificate
_____ @ $ _____     each ___ $ _____

Clergy _____

Musician _____

Paid Newspaper Notice _____

| DECEASED | Robert Spencer Champ | No. |
| DATE OF DEATH | September 29, 2005 |
| PLACE OF DEATH | Hospice of Washington |
| DATE OF STATEMENT | October 3, 2005 |

Cemetery Single depth     $
  opening & closing      2,995.00
Other Cemetery Time Charges    195.00

**A. CHARGE FOR SERVICES SELECTED**

**1. Professional Services:**

Basic Services of Funeral Director & Staff ..... _____
Embalming ...........................................
Other preparation of body .....................

**TOTAL CASH ADVANCE** [ $ 3,190.00 ]

We charge you for our services in obtaining (specify cash advance items).

**2. Facilities, Equipment & Staff:**

Use of Facilities & Staff for Viewing/Visitation ...
Use of Facilities & Staff for Funeral Ceremony ....
Use of Facilities & Staff for Memorial Service .....
Use of Equipment & Staff for Graveside Service ...
Use of Equipment & Staff for Chapel Service ...

**SUMMARY**

Total Funeral Home Charges ...............  $
Local Sales Tax (if applicable) ............  $
State Sales Tax (if applicable) ...........  $
Total Cash Advances ......................  $ 3,190.00
**GRAND TOTAL** $ 3,190.00

Less Credits and Payments

**3. Transportation:**

Transfer of Remains to Funeral home ........
Hearse ........................................
Limousine ...................................
Sedan .......................................
Service Utility Vehicle .....................

_____ $ _____

Total Credits _____ $ _____

**BALANCE DUE** ▶ [ $ 3,090.00 ]

Billing To  Dyriae Champ
10167 Scotch Hill Drive
_____ Maryland, 10744

**4. Other Services / Facilities / Equipment:**

**DISCLOSURES**

Reason for embalming _____

**TOTAL OF SERVICES SELECTED** ..............  $ _____

If any law, cemetery or crematory requirements or we require the
purchase of any items listed, the law or requirement is explained below.

**B. CHARGE FOR MERCHANDISE SELECTED**

Casket (or other container) .....................
  Name/No. _____
  Material _____
  Color _____
Outer Burial Container .........................
  Name/No. _____
  Material _____
Acknowledgement Cards .........................
Register Book ..................................
Memory Folders / Prayer Cards ...................
Clothing .......................................

**ACKNOWLEDGEMENT AND AGREEMENT**

I hereby acknowledge that I have the legal right to arrange the final
services for this decedent, and I authorize this funeral and assignment
to perform services, furnish goods, and incur the able charges specified
on this Statement. I acknowledge that I have received the General
Price List and the Casket Price List and the Outer Burial
Container Price List.

Terms of Payment: _____

Cremation Urn ..................................

Full payment is due no later than _____

If any payment is not paid when due, an unanticipated LATE CHARGE
of _____ % per month (ANNUAL PERCENTAGE RATE _____%)
on the unpaid balance will be due. I agree to pay the balance Due
listed on this Statement, plus any Late Charge. In the event I default in
payment to this funeral establishment, I agree to pay reasonable
attorneys fees and court costs in addition to any Late Charge
applicable. I understand and agree that I am assuming personal
liability for the charges set forth in this Statement and that this is in
addition to the liability imposed by law upon the estate of the
deceased. By my signature below, I hereby agree to all of the above
and acknowledge receipt of a copy of this Statement.

**TOTAL OF MERCHANDISE SELECTED** ............  $ _____

**C. SPECIAL CHARGES**

☐ Forwarding remains to:          ☐ Receiving remains from:

Immediate Burial ..............................
Direct Cremation ..............................
Other ..........................................
**TOTAL OF SPECIAL CHARGES** ..................  $ _____

Signed _____  Date 10/3/05

Social Security Number _____

**TOTAL FUNERAL HOME CHARGES** .................  $ _____
(This total does not include Cash Advances)

Signed _____  Date

**ACCEPTANCE** This funeral establishment agrees to provide the services,
merchandise and cash advances indicated on this statement.

By  Wanda C. Bacon

# IMPORTANT INFORMATION ABOUT MONEY MARKET ACCOUNTS

## AUTOMATIC
- If we are paying you $5,000 or more, we will automatically open a money market account in your name and mail you the checkbook. If we are paying you less than $5,000, we will mail you a check.

## SAFE
- The account earns interest starting the first day we open it.
- Metropolitan Life Insurance Company guarantees the full amount in the account, including all interest.

## FREE
- You pay nothing for this account. There are no monthly service charges or charges for checks.
- You can write checks from $250 up to the full balance at any time.

## FLEXIBLE
- You can withdraw all or part of your money at any time, with no penalty.
- You can name a beneficiary for your funds, in case something happens to you.

We will send you detailed information about the account when we open one in your name.

# SPECIAL NOTE

Please complete, in ink, the information below and sign your name in the first box. We need this information to open a money market account. Even though you may be giving the same information elsewhere on this form, you must also give it here. We cannot process your claim without this information.

| Your signature *(Do not print)* |
| --- |
| Your name *(Please print)* <br> Champ, Cherie Tishawn |
| Address *(Number, street, apt. no.)* <br> 721 N Locust |
| City, state, ZIP code <br> Hagerstown MD 21740 |

| Your Social Security Number <br> **OR** <br> Estate/Trust Identification Number | 2 | 1 | 6 | 1 | 5 | 3 | 5 | 0 | 3 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Date *(mm/dd/yyyy)* <br> 10/08/05 | Daytime telephone no. <br> (301) 988-3306 <br> Area Code | Evening telephone no. <br> (301) 352-6346 <br> Area Code |
| --- | --- | --- |

Form FB-6
Revised April 2004
QFEGL1 Form in Adobe Acrobat PDF (04/04)

**EXHIBIT**
B

# Claim for Death Benefits

Office of Federal Employees'
Group Life Insurance
P.O. Box 2627
Jersey City, NJ 07303-2627

**FEGLI**

Federal Employees' Group Life Insurance Program

Read the instructions carefully before filling out this form.

## Part A. Information About the Deceased (Everyone must complete this part.)

| 1. Deceased's full name *(Last)  (First)  (Middle)* | 2. Date of birth *(mm/dd/yyyy)* | 3. Date of death *(mm/dd/yyyy)* |
|---|---|---|
| Champ, Robert Spencer | 08/06/1955 | 09/29/2005 |

4. Social Security Number    5 7 7   7 6   5 2 8 1

5. Legal residence at time of death—*(City and state)*

1513 Channing Street NE Washington, DC 20018

| 6. Department or agency in which last employed, including bureau or division<br>U.S. Postal Service | 7. Location of last employment *(City, state, ZIP code)*<br><br>Washington, DC |
|---|---|

8. At the time of death, was the deceased retired and receiving a monthly annuity under any Federal civilian retirement system ?

Yes ☐    No ✔    Unknown ☐    If "Yes", provide the Claim number *(CSA, CSF, CSI)* _____
*Special Note: Social Security monthly payments are not Federal civilian retirement annuities.

9. At the time of death, was the deceased receiving Federal Worker's Compensation benefits ?

Yes ✔    No ☐    Unknown ☐    If "Yes", provide the effective date of Federal Workers' Compensation benefits _____
*(mm/dd/yyyy)*

## Part B. Information About the Deceased's Family (Everyone must complete this part.)

| 1. How many times was the deceased married? | 2. Give the name of each spouse *(include ALL marriages)* | 3. How did the marriage end? *(Check one in each case)* | 4. When did the marriage end? *(mm/dd/yyyy)* |
|---|---|---|---|
| | Beverly Pendarvis | Death ☐  ✔ Divorce | |
| | | Death ☐  Divorce ☐ | |
| | | Death ☐  Divorce ☐ | |

5. Did the deceased have any living children on the date of his/her death?    Yes ✔    No ☐    If Yes, how many?  4

6. Did the deceased have any children who died before the date of his/her death?    Yes ☐    No ✔    If Yes, how many? _____

## Part C. Information About You  (Everyone must complete items 1, 2 and 3.)

| 1. Your name *(Last)  (First)  (Middle)* | 2. Your relationship to the deceased | 3. Your date of birth *(mm/dd/yyyy)* |
|---|---|---|
| Champ, Cherie Tishawn | Daughter | 06/03/87 |

### Complete Items 4 through 13 only if you are the deceased's widow or widower.

| 4. Date of marriage *(mm/dd/yyyy)* | 5. Place of marriage *(City and state)* | 6. Marriage was performed by:<br>☐ Clergy or Justice of the Peace<br>☐ Other *(specify)* |
|---|---|---|

| 7. Were you living with the deceased at the time of death?<br><br>Yes ☐  No ☐ | 8. Were you divorced from the deceased at the time of death?<br><br>Yes ☐  No ☐ | 9. If you were divorced from the deceased, give the date *(mm/dd/yyyy)* and place of the divorce. |
|---|---|---|

| 10. How many times were you married? | 11. Give the name of each spouse *(include ALL marriages)* | 12. How did the marriage end? *(Check one in each case)* | 13. When did the marriage end? *(mm/dd/yyyy)* |
|---|---|---|---|
| | | Death ☐  Divorce ☐ | |
| | | Death ☐  Divorce ☐ | |
| | | Death ☐  Divorce ☐ | |

Form FE-6
Revised April 2004
OFEGLI Form in Adobe Acrobat PDF (04/04)

Everyone must complete Parts D and E unless you are the deceased's widow or widower.

Case 1.07-cv-01477-RCL   Document 16   Filed 03/16/2007   Page 3 of 3

## Part D. Information About the Deceased's Next of Kin

1. List below the name, age, relationship and address of :
   (a) Widow or widower;
   (b) If there is no surviving widow or widower, list the child or children of all the deceased's marriages (include adopted children and children born out-of-wedlock) and the descendants of any deceased child or children (use additional sheets if necessary);

   (c) If there are no children, list the parents; if one or both parents are deceased, so state and give the date of death;
   (d) If there are no survivors in (a) through (c), list the next of kin who may be capable of inheriting from the deceased (brothers, sisters, descendants of deceased brothers, sisters, etc.). (Use additional sheets if necessary).

| Name | Age | Relationship to the deceased | Full address |
|------|-----|------------------------------|--------------|
| Dynise L. Champ | 21 | Daughter | 10167 Scotch Hill Dr. Largo MD 20772 |
| Cherie Champ | 18 | Daughter | 721 N Locust Hagerstown MD 21740 |
| Robyn Champ | 17 | Daughter | 1513 Channing St NE Washington DC 20018 |
| Robert S. Champ, II | 16 | Daughter | 1513 Channing St NE Washington DC 20018 |

### Fill in items 2 and 3 only if any of the persons listed above are under age 18.

2. If the court appointed a guardian for the estate of any minor children above, give the name and address of the guardian and attach a copy of the court appointment papers. **Natural parentage or custody as a result of a divorce do not constitute guardianship.**

Name

Address *(Number, street, apt. no.)*

City, state, ZIP code

3. If the court did not appoint a guardian for the estate of any minor children, will it appoint one later?

[ ] Yes   [✓] No

## Part E. Information About the Deceased's Estate

1. If the court appointed an executor or administrator to settle the deceased's estate, give his/her name and address and attach a copy of the court appointment papers.

Name

Address *(Number, street, apt. no.)*

City, state, ZIP code

2. If the court did not appoint an executor or administrator, will it appoint one later?

[✓] Yes   [ ] No

## Part F. Your Certification (Everyone must complete this part.)

Are you claiming accidental death benefits (did the deceased die solely through violent, external, and accidental means)? If "Yes", submit coroners and police reports, news clippings, and any other available reports concerning the accident. OFEGLI cannot consider a claim for such benefits if the deceased separated or retired before the accident.

[ ] Yes   [✓] No

If the amount payable to you is $5,000 or more, OFEGLI will open a money market account in your name, giving you complete control of and immediate access to all your funds. You may write checks for all or part of the money in your account when you receive your checkbook.

See page 2 for more information, and be sure you complete the information on page 2 under "Special Note".

If the amount payable to you is less than $5,000, OFEGLI will send you a check.

Your name *(Please print)*
Cherie T. Champ

Address *(Number, street, apt. no.)*
721 N Locust

City, state, ZIP code
Hagerstown MD 21740

| Your Social Security Number | Estate or Trust ID Number |
|---|---|
| 2 1 0 - 1 8 - 3 6 6 5 | 0 0 - 0 0 0 0 0 0 0 |

Under penalty of perjury, I certify:

1. That the number shown on this form is my correct taxpayer identification number; and

2. That I am NOT subject to backup withholding because: (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (b) the IRS has notified me that I am no longer subject to backup withholding.
If you are currently subject to backup withholding, check this box: [ ]

3. I am a U.S. citizen or a U.S. resident for tax purposes.   Check one [✓] Yes [ ] No

If you are not a U.S. citizen or resident for tax purposes, we will send you a W-8BEN that you are required to complete to certify your foreign status.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| My signature *(Do not print)* | ( 301 ) 988-3306  Area Code   Daytime telephone no. | ( 301 ) 332-5346  Area Code   Evening telephone no. |
|---|---|---|

**Warning**—If you knowingly and willfully make any materially false, fictitious or fraudulent statement or representation on this form, or conceal a material fact related to the requests for information on this form, you may be subject to a monetary fine or imprisonment for not more than five years, or both, under 18 U.S.C. 1001.

Form FE-6
Revised April 2004
OFEGLI Form in Adobe Acrobat (04/04)

Do not use previous editions.

# IMPORTANT INFORMATION ABOUT
# MONEY MARKET ACCOUNTS

## AUTOMATIC
- If we are paying you $5,000 or more, we will automatically open a money market account in your name and mail you the checkbook. If we are paying you less than $5,000, we will mail you a check.

## SAFE
- The account earns interest starting the first day we open it.
- Metropolitan Life Insurance Company guarantees the full amount in the account, including all interest.

## FREE
- You pay nothing for this account. There are no monthly service charges or charges for checks.
- You can write checks from $250 up to the full balance at any time.

## FLEXIBLE
- You can withdraw all or part of your money at any time, with no penalty.
- You can name a beneficiary for your funds, in case something happens to you.

We will send you detailed information about the account when we open one in your name.

---

# SPECIAL NOTE

Please complete, in ink, the information below and sign your name in the first box. We need this information to open a money market account. Even though you may be giving the same information elsewhere on this form, you must also give it here. We cannot process your claim without this information.

| Your signature (Do not print) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Your name (Please print) | | | | | | | | | |
| Dynise L. Champ | | | | | | | | | |
| Address (Number, street, apt. no.) | | | | | | | | | |
| 10167 Scotch Hill Drive | | | | | | | | | |
| City, state, ZIP code | | | | | | | | | |
| Largo MD 20772 | | | | | | | | | |
| Your Social Security Number OR Estate/Trust Identification Number | 2 | 1 | 3 | 2 | 1 | 6 | 6 | 2 | 9 |
| | | | | | | | | | |

| Date (mm/dd/yyyy) | Daytime telephone no. | Evening telephone no. |
|---|---|---|
| 10 /24 / 05 | ( 202 ) 787-0884 Area Code | ( 301 ) 336-9317 Area Code |

EXHIBIT
C
tabbies



**Office of Federal Employees'
Group Life Insurance**
P.O. Box 2627
Jersey City, NJ 07303-2627

# Claim for Death Benefits
Federal Employees' Group Life Insurance Program

Read the instructions carefully
before filling out this form.

## Part A. Information About the Deceased (Everyone must complete this part.)

| 1. Deceased's full name *(Last) (First) (Middle)*  Champ, Robert Spencer | 2. Date of birth *(mm/dd/yyyy)*  08/06/1955 | 3. Date of death *(mm/dd/yyyy)*  09/29/2005 |
|---|---|---|

4. Social Security Number  5 7 7  7 6  5 2 8 1

5. Legal residence at time of death—*(City and state)*

1513 Channing Street NE Washington, DC 20018

| 6. Department or agency in which last employed, including bureau or division  U.S. Postal Service | 7. Location of last employment *(City, state, ZIP code)*  Washington, DC |
|---|---|

8. At the time of death, was the deceased retired and receiving a monthly annuity under any Federal civilian retirement system ?

Yes ☐    No ✔    Unknown ☐    If "Yes", provide the Claim number *(CSA, CSF, CSI)* _____
*Special Note: Social Security monthly payments are not Federal civilian retirement annuities.

9. At the time of death, was the deceased receiving Federal Worker's Compensation benefits ?

Yes ✔    No ☐    Unknown ☐    If "Yes", provide the effective date of Federal Workers' Compensation benefits _____
*(mm/dd/yyyy)*

## Part B. Information About the Deceased's Family (Everyone must complete this part.)

| 1. How many times was the deceased married? | 2. Give the name of each spouse *(include ALL marriages)* | 3. How did the marriage end? *(Check one in each case)* | 4. When did the marriage end? *(mm/dd/yyyy)* |
|---|---|---|---|
|  | Beverly Pendarvis | Death ☐   Divorce ✔ |  |
|  |  | Death ☐   Divorce ☐ |  |
|  |  | Death ☐   Divorce ☐ |  |

| 5. Did the deceased have any living children on the date of his/her death? Yes ✔  No ☐  If Yes, how many?  4 | 6. Did the deceased have any children who died before the date of his/her death? Yes ☐  No ✔  If Yes, how many? |
|---|---|

## Part C. Information About You  (Everyone must complete items 1, 2 and 3.)

| 1. Your name *(Last)     (First)     (Middle)*  Champ, Dynise Lorraine | 2. Your relationship to the deceased  Daughter | 3. Your date of birth *(mm/dd/yyyy)*  01/29/1984 |
|---|---|---|

### Complete Items 4 through 13 only if you are the deceased's widow or widower.

| 4. Date of marriage *(mm/dd/yyyy)* | 5. Place of marriage *(City and state)* | 6. Marriage was performed by:  Clergy or Justice of the Peace ☐  Other *(specify)* ☐ |
|---|---|---|

| 7. Were you living with the deceased at the time of death?  Yes ☐  No ☐ | 8. Were you divorced from the deceased at the time of death?  Yes ☐  No ☐ | 9. If you were divorced from the deceased, give the date *(mm/dd/yyyy)* and place of the divorce. |
|---|---|---|

| 10. How many times were you married? | 11. Give the name of each spouse *(include ALL marriages)* | 12. How did the marriage end? *(Check one in each case)* | 13. When did the marriage end? *(mm/dd/yyyy)* |
|---|---|---|---|
|  |  | Death ☐   Divorce ☐ |  |
|  |  | Death ☐   Divorce ☐ |  |
|  |  | Death ☐   Divorce ☐ |  |

Do not use previous editions

Page 3

Form FE-6
Revised April 2004
OFEGLI Form in Adobe Acrobat PDF (04/04)



# Claim for Death Benefits
## Federal Employees' Group Life Insurance Program



**(Do *not* use this form to claim Option C-Family Benefits. Please use form FE-6 DEP to claim those benefits.)**

## Instructions

### General

The Office of Federal Employees' Group Life Insurance (OFEGLI) pays claims under the Federal Employees' Group Life Insurance Program. "We" and "our" on this form refer to OFEGLI. "I" and "you" refers to the individual completing this form.

FEGLI death benefits are not subject to Federal income tax, but the interest that we pay on those benefits is subject to such tax. We will report all interest payments to the Internal Revenue Service.

### Who receives the death benefits?

We will pay benefits in the following order of payment:
If the deceased assigned ownership of his/her life insurance to someone else (generally by filing an RI 76-10, Assignment form), then we will pay:

    First, to the beneficiary(ies) the assignee(s) validly designated;
    Second, if none, to the assignee(s).

If the deceased did *not* assign ownership and there is a valid court order on file with the agency or OPM, as appropriate, we will pay benefits according to the court order.

If the deceased did *not* assign ownership and there is *no* valid court order on file with the agency or OPM, as appropriate, then we will pay:

    First, to the beneficiary(ies) the deceased validly designated;
    Second, if none, to the deceased's widow or widower;
    Third, if none of the above, to the deceased's child or children and descendants of any deceased children (a court will usually have to appoint a guardian to receive payment for a minor child);
    Fourth, if none of the above, to the deceased's parents in equal shares, or the entire amount to the surviving parent;
    Fifth, if none of the above, to the court-appointed executor or administrator of the deceased's estate;
    Sixth, if none of the above, to the deceased's other next of kin, entitled under the laws of the state where the deceased lived.

### How will I receive benefits?

If we are paying you $5,000 or more, we will open a money market account in your name and mail you a checkbook. You may write checks for some or all of the money in your account as soon as you receive the checkbook. See page 2 for details.

If we are paying you less than $5,000, we will mail you a check.

### How do I complete this form?

Please type or print legibly in ink.

If you need help completing this form, call our service representatives, toll-free, at 1-800-OFE-GLIA (1-800-633-4542). Here is a summary of what parts of the form you must complete:

| If you are a: | Then Complete These Parts of the Form: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | A | B | C 1-3 | C 4-13 | D | E | F | Page 2 |
| Widow or Widower | ✔ | ✔ | ✔ | ✔ | | | ✔ | ✔ |
| All Others | ✔ | ✔ | ✔ | | ✔ | ✔ | ✔ | ✔ |

Don't skip any questions you're supposed to answer. That will delay our action on your claim. If a question doesn't apply, write "N/A" or "not applicable". If the answer is "No" or "Unknown", write that.

If you are completing this claim on behalf of someone else (such as a minor), complete items 1-3 of Part C with that person's information, not yours. In part F and page 2, sign your own name "on behalf of" the other person. Fill in **your** name, address and phone numbers. However, the Social Security Number should be the other person's, not yours.

### What else do I have to submit?

In addition to this claim form, you must submit a certified copy of the deceased's death certificate that contains the cause and manner of death. (However, if you know for sure that another claimant is submitting the deceased's death certificate, you don't have to.) You can get the certificate from your city or state's Bureau of Vital Statistics or equivalent agency. We cannot process your claim until we receive the certified death certificate.

Please submit an English translation of any foreign language death certificate.

In addition, send us all Designation of Beneficiary Form(s) (SF 2823 and/or SF 54) that you may have which show the agency receipt date on the bottom.

If you are an executor or administrator filing this claim on behalf of the deceased's estate, send us a copy of the court appointment papers.

We will let you know if we need anything else.

### Where do I send this form and other documents?

**If the deceased was employed at the time of death**
Send everything to the deceased's employing office. We will process your claim after we receive certification from the agency. However, if you are the deceased's widow(er) and the agency told you to send your claim form and other documents directly to us, you should do that. Please include copies of any letters you received from the agency that mention death benefits.

**If the deceased was retired or receiving Federal Workers' Compensation benefits at the time of death**
Send everything to OFEGLI, P.O. Box 2627, Jersey City, NJ 07303-2627.

### Instructions to the employing agency

Forward the completed claim, death certificate and court appointment papers, if any, to OFEGLI, P.O. Box 2627, Jersey City, NJ 07303-2627, together with:
1. The original Agency Certification of Insurance Status (SF 2821);
2. The original Designation of Beneficiary form(s) (SF 2823 or SF 54), if any;
3. All court orders on file, if any; and
4. All other FEGLI forms (for example, SF 2817 or RI 76-27 election forms, RI 76-10 assignment form, etc.)



**EXHIBIT**

Form FE-6
Revised April 2004
OFEGLI Form in Adobe Acrobat PDF (04/04)

# IMPORTANT INFORMATION ABOUT
# MONEY MARKET ACCOUNTS

**AUTOMATIC**
- If we are paying you $5,000 or more, we will automatically open a money market account in your name and mail you the checkbook. If we are paying you less than $5,000, we will mail you a check.

**SAFE**
- The account earns interest starting the first day we open it.
- Metropolitan Life Insurance Company guarantees the full amount in the account, including all interest.

**FREE**
- You pay nothing for this account. There are no monthly service charges or charges for checks.
- You can write checks from $250 up to the full balance at any time.

**FLEXIBLE**
- You can withdraw all or part of your money at any time, with no penalty.
- You can name a beneficiary for your funds, in case something happens to you.

We will send you detailed information about the account when we open one in your name.

# SPECIAL NOTE

Please complete, in ink, the information below and sign your name in the first box. We need this information to open a money market account. Even though you may be giving the same information elsewhere on this form, you must also give it here. We cannot process your claim without this information.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Your signature *(Do not print)* <br> *Patricia A. Jones* | | | | | | | | |
| Your name *(Please print)* <br> Patricia A. Jones | | | | | | | | |
| Address *(Number, street, apt. no.)* <br> 1513 Channing Street N.E. | | | | | | | | |
| City, state, ZIP code <br> Washington, D.C. 20018 | | | | | | | | |
| Your Social Security Number <br> **OR** <br> Estate/Trust Identification Number | 3 | 1 | 5 | 5 | 8 | 1 | 9 | 8 | 4 |

| Date *(mm/dd/yyyy)* <br> 01/09/2006 | Daytime telephone no. <br> (202) 337-3350 <br> Area Code | Evening telephone no. <br> (202) 529-3579 <br> Area Code |
|---|---|---|

Form FE-6
Revised April 2004

Do not use previous editions                    Page 2                    OFEGLI Form in Adobe Acrobat PDF (04/04)

**Office of Federal Employees'**
**Group Life Insurance**
P.O. Box 2627
Jersey City, NJ 07303-2627

**FEGLI**

# Claim for Death Benefits
Federal Employees' Group Life Insurance Program

**Read the instructions carefully before filling out this form.**

## Part A. Information About the Deceased (Everyone must complete this part.)

**1. Deceased's full name** *(Last)* *(First)* *(Middle)*
Champ, Robert Spencer

**2. Date of birth** *(mm/dd/yyyy)*
08/06/1955

**3. Date of death** *(mm/dd/yyyy)*
09/29/2005

**4. Social Security Number**
577 76 3281

**5. Legal residence at time of death—** *(City and state)*
1513 Channing St. N.E.
Washington, D.C. 20018

**6. Department or agency in which last employed,** including bureau or division
US Postal Service

**7. Location of last employment** *(City, state, ZIP code)*
Washington, D.C.

**8. At the time of death, was the deceased retired and receiving a monthly annuity under any Federal civilian retirement system?**
Yes ☐   No ☑   Unknown ☐   If "Yes", provide the Claim number *(CSA, CSF, CSI)* _____
*Special Note: Social Security monthly payments are not Federal civilian retirement annuities.*

**9. At the time of death, was the deceased receiving Federal Worker's Compensation benefits?**
Yes ☐   No ☐   Unknown ☑   If "Yes", provide the effective date of Federal Workers' Compensation benefits _____ *(mm/dd/yyyy)*
Disability Check

## Part B. Information About the Deceased's Family (Everyone must complete this part.)

**1. How many times was the deceased married?**
1

**2. Give the name of each spouse** *(include ALL marriages)*
Beverly Ann Pendarvis

**3. How did the marriage end?** *(Check one in each case)*
Death ☐  Divorce ☑
Death ☐  Divorce ☐
Death ☐  Divorce ☐

**4. When did the marriage end?** *(mm/dd/yyyy)*
unknown

**5. Did the deceased have any living children on the date of his/her death?**
Yes ☑   No ☐   If Yes, how many? 4

**6. Did the deceased have any children who died before the date of his/her death?**
Yes ☐   No ☑   If Yes, how many?

## Part C. Information About You (Everyone must complete items 1, 2 and 3.)

**1. Your name** *(Last)* *(First)* *(Middle)*
Jones, Patricia Ann

**2. Your relationship to the deceased**
Common Law Wife (engaged)

**3. Your date of birth** *(mm/dd/yyyy)*
07/19/1959

### Complete Items 4 through 13 only if you are the deceased's widow or widower.

**4. Date of marriage** *(mm/dd/yyyy)*

**5. Place of marriage** *(City and state)*

**6. Marriage was performed by:**
☐ Clergy or Justice of the Peace
☐ Other *(specify)*

**7. Were you living with the deceased at the time of death?**
☑ Yes   ☐ No

**8. Were you divorced from the deceased at the time of death?**
☐ Yes   ☐ No

**9. If you were divorced from the deceased, give the date** *(mm/dd/yyyy)* **and place of the divorce.**
N/A

**10. How many times were you married?**

**11. Give the name of each spouse** *(include ALL marriages)*

**12. How did the marriage end?** *(Check one in each case)*
Death ☐  Divorce ☐
Death ☐  Divorce ☐
Death ☐  Divorce ☐

**13. When did the marriage end?** *(mm/dd/yyyy)*

(continued on the other side)

## Part D. Information About the Deceased's Next of Kin

1. List below the name, age, relationship and address of :

(a) Widow or widower;

(b) If there is no surviving widow or widower, list the child or children of all the deceased's marriages (include adopted children and children born out-of-wedlock) and the descendants of any deceased child or children (use additional sheets if necessary);

(c) If there are no children, list the parents; if one or both parents are deceased, so state and give the date of death;

(d) If there are no survivors in (a) through (c), list the next of kin who may be capable of inheriting from the deceased (brothers, sisters, descendants of deceased brothers, sisters, etc.). (Use additional sheets if necessary).

| Name | Age | Relationship to the deceased | Full address |
|---|---|---|---|
| Robyn C. Champ | 17 | Daughter | 1513 Channing St. N.E, Washington, D.C. 20018 |
| Robert S. Champ, II | 16 | Son | 1513 Channing St. N.E, Washington, DC 20018 |
| Dynise Champ | 21 | Daughter | 10167 Scotch Hill Drive Largo, MD. 20744 |
| Cherie T. CHAMP | 18 | Daughter | Hagerstown MD. |

**Fill in items 2 and 3 only if any of the persons listed above are under age 18.**

2. If the court appointed a guardian for the estate of any minor children, give the name and address of the guardian and attach a copy of the court appointment papers. **Natural parentage or custody as a result of a divorce do not constitute guardianship.**

Name: PATRICIA ANN JONES

Address (Number, street, apt. no.): 1513 CHANNINg STREET NE

City, state, ZIP code: WASHINGTON DC. 20018

3. If the court did not appoint a guardian for the estate of any minor children, will it appoint one later? [✓] Yes [ ] No

## Part E. Information About the Deceased's Estate

1. If the court appointed an executor or administrator to settle the deceased's estate, give his/her name and address and attach a copy of the court appointment papers.

Name:

Address (Number, street, apt. no.):

City, state, ZIP code:

2. If the court did not appoint an executor or administrator, will it appoint one later? [ ] Yes [ ] No

## Part F. Your Certification (Everyone must complete this part.)

Are you claiming accidental death benefits (did the deceased die solely through violent, external, and accidental means)? If "Yes", submit coroners and police reports, news clippings, and any other available reports concerning the accident. OFEGLI cannot consider a claim for such benefits if the deceased separated or retired before the accident. [ ] Yes [✓] No

the amount payable to you is $5,000 or more, OFEGLI will open a money market account in your name, giving you complete control of and immediate cess to all your funds. You may write checks for all or part of the money your account when you receive your checkbook.

e page 2 for more information, and be sure you complete the information page 2 under "Special Note".

the amount payable to you is less than $5,000, OFEGLI will send u a check.

Your name (Please print): Patricia Ann Jones

Address (Number, street, apt. no.): 1513 Channing St. N.E.

City, state, ZIP code: Washington, D.C. 20018

Your Social Security Number: 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

Estate or Trust ID Number: [ ][ ]-[ ][ ][ ][ ][ ][ ][ ]

**nder penalty of perjury, I certify:**

. That the number shown on this form is my correct taxpayer identification number; and

. That I am NOT subject to backup withholding because: (a) I have not been notified by the Internal Revenue Service (IRS) that I am bject to backup withholding as a result of a failure to report all interest or dividends; or (b) the IRS has notified me that I am no longer subject to ackup withholding.

you are currently subject to backup withholding, check this box: [ ]

. I am a U.S. citizen or a U.S. resident for tax purposes. Check one [✓] Yes [ ] No

you are not a U.S. citizen or resident for tax purposes, we will send you a W-8BEN that you are required to complete to certify your oreign status.

he IRS does not require your consent to any provision of this document other than the certifications required to avoid backup ithholding.

y signature (Do not print): Patricia A. Jones

Area Code ( 202 ) Daytime telephone no. 337-3350

Area Code ( 202 ) Evening telephone no. 529-3579

rning—If you knowingly and willfully make any materially false, fictitious or fraudulent statement or representation on this form, or conceal a material fact related he requests for information on this form, you may be subject to a monetary fine or imprisonment for not more than five years, or both, under 18 U.S.C. 1001.

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Metropolitan Life Insurance Company

**DEFENDANTS**

Patricia A. Jones, Robyn Champ, Robert S. Champ, II, Dynise L. Champ, Cherie T. Champ, and W.H. Bacon Funeral Home, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___88888___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___11001___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ronda B. Esaw, D.C. Bar No. 494516
McGuireWoods LLP, 1750 Tysons Boulevard, Suite 1800, McLean, VA 22102, 703-712-5392, 703-712-5251 (fax), resaw@mcguirewoods.com

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- O  1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- O  2 U.S. Government Defendant
- O  4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | ● 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### O  A. *Antitrust*

☐ 410 Antitrust

### O  B. *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### O  C. *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### O  D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### O  E. *General Civil (Other)*      OR      O  F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ⊙ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☒ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

⊙ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Complaint in Interpleader under the Federal Employee Group Life Insurance Act, 5 U.S.C. Sections 8701-8716 (2006)

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ 75,000+     Check YES only if demanded in compl:     JURY DEMAND:     YES ☐     NO ☒

## VIII. RELATED CASE(S) IF ANY

(See instruction)     YES ☐     NO ☒     If yes, please complete related case form.

DATE 8/16/07     SIGNATURE OF ATTORNEY OF RECORD

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.