**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA JONES )<br>ROBYN CHAMP )<br>ROBERT S. CHAMP II, )<br>DYNISE L. CHAMP )<br>CHERIE T. CHAMP, AND )<br>W.H. BACON FUNERAL HOME, INC. )<br>)<br>Defendants. )<br>_____ ) | Case No. _____ |

**AMENDED METROPOLITAN LIFE INSURANCE
COMPANY'S FINANCIAL INTEREST DISCLOSURE**

Certificate required by Rule 7.1(a) of the Federal Rules of Civil Procedure and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Plaintiff Metropolitan Life Insurance Company ("MetLife"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of MetLife which have any outstanding securities in the hands of the public.

1. MetLife, Inc.

These representations are made in order that judges of this Court may determine the need for Recusal.

This the 16th day of August, 2007.

*[signature]*

Ronda Brown Esaw, Esq. D.C. Bar No. 494516
Sarah A. Belger, Esq. Va. Bar No. 67947 (motion for admission *pro hac vice* to be filed)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5392
Facsimile: (703) 712-5251

Attorney of Record for Plaintiff, Metropolitan Life Insurance Company

\4649140.1