UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICIA A. JONES<br>ROBYN CHAMP<br>ROBERT S. CHAMP II,<br>DYNISE L. CHAMP<br>CHERIE T. CHAMP, AND<br>W.H. BACON FUNERAL HOME, INC.<br><br>    Defendants. | Case No. _____ |

## MOTION FOR INTERPLEADER RELIEF

Plaintiff Metropolitan Life Insurance Company ("MetLife"), through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 22 and 67, respectfully requests that the Court order interpleader relief on behalf of Plaintiff. In support thereof, Plaintiff states as follows:

1. MetLife admits that the federal government, pursuant to the Federal Employee's Group Life Insurance Act, purchased a policy of group life insurance providing coverage for eligible civilian employees. The federal government obtained coverage from MetLife in the form of a group policy. MetLife adjudicates the claims brought under the Federal Employees' Group Life Insurance ("FEGLI") policy.

2. Decedent was a civilian employee of the federal government, and as such was covered under the FEGLI policy. As a participant in under the FEGLI Program, the Decedent had life insurance coverage in the amount of $218,000.00 ("FEGLI Proceeds"). Upon the

decedent's death on September 29, 2005, MetLife became obligated to pay the FEGLI Proceeds to the person rightfully entitled them.

3. MetLife is merely a stakeholder and claims no beneficial interest in the FEGLI Proceeds. MetLife is exposed to inconsistent and/or multiple claims for payment of the FEGLI Proceeds.

4. The alleged beneficiaries who are claiming entitlement to the FEGLI Proceeds have been properly joined in this action and are subject to the Court's jurisdiction.

5. MetLife is willing to pay the FEGLI Proceeds plus any applicable interest into the Court upon entry of an order dismissing it from this action.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order: (1) allowing MetLife to tender to the Clerk of the Court the FEGLI Proceeds in the amount of $218,000.00 plus any applicable interest; (2) directing the Clerk, upon receipt, to deposit the FEGLI Proceeds into a segregated interest bearing account referencing this case and "FEGLI Proceeds"; (3) allowing MetLife to submit to the Court for consideration its attorneys' fees and costs incurred in connection with this proceeding so that the Court may award reasonable attorneys' fees and costs to MetLife upon its dismissal from this action; and (4) upon confirmation by the Clerk of the payment of the FEGLI Proceeds plus any applicable interest by MetLife, dismissing MetLife with prejudice from this action and providing for such other relief as requested in MetLife's Interpleader Complaint.

                                        Respectfully submitted,

                                        METROPOLITAN LIFE
                                        INSURANCE COMPANY

_/s/ Ronda Brown Esaw_

Ronda Brown Esaw, Esq. D.C. Bar No. 494516
Sarah A. Belger, Esq. Va. Bar No. 67947 (motion for admission *pro hac vice* to be filed)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5392
Facsimile: (703) 712-5251

Attorney for Plaintiff, Metropolitan Life Insurance Company

\4679937.2