IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:07-cv-01477 (RCL) |
| **PATRICIA A. JONES ROBYN CHAMP ROBERT S. CHAMP II, DYNISE L. CHAMP CHERIE T. CHAMP, AND W.H. BACON FUNERAL HOME, INC.** | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## LINE

Plaintiff Metropolitan Life Insurance Company inadvertently neglected to provide its address in the caption of its Complaint in Interpleader, as provided in Local Rule 5.1(e). Therefore, please supplement the file to include the following address for Plaintiff, Metropolitan Life Insurance Company:

> Metropolitan Life Insurance Company
> One MetLife Plaza
> 27-01 Queens Plaza North
> Long Island, NY  11101

Respectfully submitted,

METROPOLITAN LIFE
INSURANCE COMPANY

       /s/ Ronda B. Esaw
Ronda B. Esaw, Esq. D.C. Bar No. 494516
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
Telephone:  (703) 712-5392
Facsimile:  (703) 712-5251
resaw@mcguirewoods.com

Attorney for Plaintiff, Metropolitan Life Insurance Company

\4802352.1

2