AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

METROPOLITAN LIFE
INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

PATRICIA A. JONES, et al.

Case: 1:07-cv-01477
Assigned To : Lamberth, Royce C.
Assign. Date : 8/16/2007
Description: Contract

TO: (Name and address of Defendant)

W.H. Bacon Funeral Home, Inc.
Serve:  Wanda C. Bacon
        Registered Agent
        3447 14th Street, N.W.
        Washington, D.C.  20010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronda B. Esaw, Esq.
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                        AUG 1 6 2007
CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-5-07 @ 1:28 pm |
| NAME OF SERVER *(PRINT)* MaryLou Slattery | TITLE PPS |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: W.H. Bacon Funeral Home, Inc. 3447 14th St., N.W., Washington, DC 20010

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/8/2007          Mary Lou Slattery
                 *Date*                 *Signature of Server*

6188 B Old Franconia Rd., Alexandria, VA 22310
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.