UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY** | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) ) | Civil Action No. 07-1477 (RCL) |
| **PATRICIA A. JONES,** *et al.*, | ) ) |  |
| Defendants. | ) ) |  |

## ORDER

There is nothing on the docket of the Clerk of Court reflecting service on defendants Patricia A. Jones, *et al*. Accordingly, it is hereby

ORDERED that plaintiffs shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 8, 2008.