IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA A. JONES )<br>ROBYN CHAMP )<br>ROBERT S. CHAMP II, )<br>DYNISE L. CHAMP )<br>CHERIE T. CHAMP, AND )<br>W.H. BACON FUNERAL HOME, INC. )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:07-cv-01477 (RCL) |

## STATUS MEMORANDUM

Pursuant to the Court's Order dated January 8, 2008, Plaintiff Metropolitan Life Insurance Company submits the following status memorandum outlining all the steps taken to effectuate service on the named Defendants in the above captioned case.

All Defendants have been properly served. In accordance with Rule 4(d) of the Federal Rules of Civil Procedure, Plaintiff issued a Waiver of Service of Summons to each named Defendant and forwarded a copy of same to each Defendant along with a copy of each document filed with the Court (Complaint in Interpleader with Exhibits, Motion in Interpleader Relief[1], proposed Interpleader Order with Exhibit, Financial Interest Disclosure and Amended Metropolitan Life Insurance Company's Financial Interest Disclosure). Plaintiff sent each package on August 23, 2007 via Certified Mail, Return Receipt Requested. (See Federal Rule of Civil Procedure 4(d)(2)(B).)

---

[1] The Motion in Interpleader is currently pending before the Court.

On September 11, 2007, counsel for Plaintiff received a telephone call from Defendant Robyn Champ, notifying Plaintiff of her change of address. A new Waiver of Service of Summons along with a duplicate copy of the Court filings (which included the Complaint) were again forwarded to Defendant Robyn Champ at her new address via Certified Mail, Return Receipt Requested.

On September 13, 2007, Defendant Dynise L. Champ notified Plaintiff's counsel of her new mailing address. A new Waiver of Service of Summons along with a duplicate copy of the Court filings (which included the Complaint) were again forwarded to Defendant Dynise L. Champ at her new mailing address via Certified Mail, Return Receipt Requested.

On October 2, 2007, counsel for Plaintiff acknowledged receipt of Waivers of Service of Summons from each individual Defendant and subsequently filed a copy of each Waiver of Service of Summons with the Court via the Court's CM/ECF System. (See Exhibit A.)

On October 5, 2007, after failing to receive an executed Waiver of Service of Summons from Defendant W.H. Bacon Funeral Home, counsel for Plaintiff hired a private process server to effectuate personal service of the Complaint on Defendant W.H. Bacon Funeral Home, Inc. and service was effectuated on W.H. Bacon Funeral Home's registered agent on October 5, 2007, pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure. A Return of Service/Affidavit was received and filed with the Court on October 12, 2007. (See Exhibit B.)

As provided above, all named Defendants have been properly served.

                    Respectfully submitted,

                    METROPOLITAN LIFE
                    INSURANCE COMPANY

        /s/ Ronda B. Esaw
Ronda B. Esaw, Esq. D.C. Bar No. 494516
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
Telephone:  (703) 712-5392
Facsimile:  (703) 712-5251
resaw@mcguirewoods.com

Attorney for Plaintiff, Metropolitan Life Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I also hereby certify that I will mail the document by U.S. Mail to the following non-filing users:

Wanda C. Bacon, Registered Agent
W.H. Bacon Funeral Home, Inc.
3447 14th Street, N.W.
Washington, D.C.  20010

Ms. Dynise L. Champ
3559 55th Avenue, Apartment 10
Hyattsville, MD  20784

Ms. Robyn Champ
1409 Bernize Lane
Greenville, NC  27834

Ms. Cherie T. Champ
326 McCotter Blvd., Apt. 38
Havelock, NC  38532

Mr. Robert S. Champ, II
1513 Channing St., N.E.
Washington, D.C.  20018

Ms. Patricia A. Jones
1513 Channing St., N.E.
Washington, D.C.  20018

        /s/ Ronda B. Esaw
Ronda B. Esaw

\4991164.1

3

Metropolitan Life Insurance Company v. Patricia A. Jones, et al.
Case No. 1:07-cv-01477 (RCL)
**Status Memorandum**
**Exhibit A**

ECF Notices and Waivers of Service of Summons

**LaBossiere, Lisa K.**

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Tuesday, October 02, 2007 4:49 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-01477-RCL METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al Waiver of Service

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Esaw, Ronda on 10/2/2007 at 4:48 PM and filed on 10/2/2007
**Case Name:**     METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al
**Case Number:**   1:07-cv-1477
**Filer:**         METROPOLITAN LIFE INSURANCE COMPANY
**Document Number:** 4

**Docket Text:**
WAIVER OF SERVICE by METROPOLITAN LIFE INSURANCE COMPANY. CHERIE T. CHAMP waiver sent on 8/23/2007, answer due 10/22/2007. (Esaw, Ronda)


**1:07-cv-1477 Notice has been electronically mailed to:**

Ronda Brown Esaw    resaw@mcguirewoods.com, llabossiere@mcguirewoods.com

**1:07-cv-1477 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\MetLife - Jones\Waiver of Service of Summons - Cherie T. Champ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/2/2007] [FileNumber=1569970-0]
[5b470070da7b3dd0ebb4938a3e7a0ae85d4778959a18b7ab2ddedbbe1d45f8c36520
9f3ce7bc93fae2a2f4d5832b742d9a753d62b2903b76cc47ab55a9b3bf0c]]

1/14/2008

WAIVER OF SERVICE OF SUMMONS

To: RONDA B. ESAW, ESQ.

I acknowledge receipt of your request that I waive service of summons in this action of Metropolitan Life Insurance Company v. Patricia A. Jones, et al., which is case number 1:07-cv-01477 (RCL) in the United States District Court for the District of Columbia. I have also received a copy of the complaint in interpleader in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 23, 2007, or within 90 days after that date if the request was sent outside the United States.

_____
DATE

_____
SIGNATURE

Printed/Typed Name: CHERIE T. CHAMP
As _____ for _____

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of the summons, fails to do so will be required to bear the costs of such service unless good cause can be shown for the failure to sign and return the waiver.

It is not good cause for a failure to waiver service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

**LaBossiere, Lisa K.**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, October 02, 2007 5:00 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-01477-RCL METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al Waiver of Service |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Esaw, Ronda on 10/2/2007 at 5:00 PM and filed on 10/2/2007
**Case Name:**     METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al
**Case Number:**   1:07-cv-1477
**Filer:**         METROPOLITAN LIFE INSURANCE COMPANY
**Document Number:** 5

**Docket Text:**
WAIVER OF SERVICE by METROPOLITAN LIFE INSURANCE COMPANY. PATRICIA A. JONES waiver sent on 8/23/2007, answer due 10/22/2007. (Esaw, Ronda)

**1:07-cv-1477 Notice has been electronically mailed to:**

Ronda Brown Esaw     resaw@mcguirewoods.com, llabossiere@mcguirewoods.com

**1:07-cv-1477 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\MetLife - Jones\Waiver of Service of Summons - Patricia A. Jones.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/2/2007] [FileNumber=1569996-0]
[92f1d2905fd72618b3676eaab171f1871c8d1dfd7ef5c22b0310a1fe8eb172271701
71751994ebe319fee86afcd592fc78bc4095bf2f3381bad0b3bb1f43cc18]]

1/14/2008

WAIVER OF SERVICE OF SUMMONS

To: RONDA B. ESAW, ESQ.

    I acknowledge receipt of your request that I waive service of summons in this action of Metropolitan Life Insurance Company v. Patricia A. Jones, et al., which is case number 1:07-cv-01477 (RCL) in the United States District Court for the District of Columbia. I have also received a copy of the complaint in interpleader in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 23, 2007, or within 90 days after that date if the request was sent outside the United States.

9-8-07  
DATE

*Patricia A. Jones*  
SIGNATURE

Printed/Typed Name: PATRICIA A. JONES  
As _____ for _____

Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of the summons, fails to do so will be required to bear the costs of such service unless good cause can be shown for the failure to sign and return the waiver.
    It is not good cause for a failure to waiver service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.
    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

**LaBossiere, Lisa K.**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, October 02, 2007 5:05 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-01477-RCL METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al Waiver of Service |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered by Esaw, Ronda on 10/2/2007 at 5:04 PM and filed on 10/2/2007
**Case Name:**       METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al
**Case Number:**    1:07-cv-1477
**Filer:**           METROPOLITAN LIFE INSURANCE COMPANY
**Document Number:** 6

**Docket Text:**
WAIVER OF SERVICE by METROPOLITAN LIFE INSURANCE COMPANY. ROBERT S. CHAMP, II waiver sent on 8/23/2007, answer due 10/22/2007. (Esaw, Ronda)


**1:07-cv-1477 Notice has been electronically mailed to:**

Ronda Brown Esaw    resaw@mcguirewoods.com, llabossiere@mcguirewoods.com

**1:07-cv-1477 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\MetLife - Jones\Waiver of Service of Summons - Robert S. Champ II.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/2/2007] [FileNumber=1570022-0]
[8773c992395622dc30b524398eb599f1f79dfdd1ad043c4c49a6df4b2b904c5ee987
5521166976af50f72d4d503907308dbb94f6813f97d67cb0b53d18e97eba]]

1/14/2008

## WAIVER OF SERVICE OF SUMMONS

To: RONDA B. ESAW, ESQ.

I acknowledge receipt of your request that I waive service of summons in this action of Metropolitan Life Insurance Company v. Patricia A. Jones, et al., which is case number 1:07-cv-01477 (RCL) in the United States District Court for the District of Columbia. I have also received a copy of the complaint in interpleader in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 23, 2007, or within 90 days after that date if the request was sent outside the United States.

9-10-07
DATE

_Robert Champ II_
SIGNATURE

Printed/Typed Name: ROBERT S. CHAMP, II
As _____ for _____

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of the summons, fails to do so will be required to bear the costs of such service unless good cause can be shown for the failure to sign and return the waiver.

It is not good cause for a failure to waiver service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

**LaBossiere, Lisa K.**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, October 02, 2007 5:06 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-01477-RCL METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al Waiver of Service |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Esaw, Ronda on 10/2/2007 at 5:06 PM and filed on 10/2/2007
**Case Name:**       METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al
**Case Number:**   1:07-cv-1477
**Filer:**                 METROPOLITAN LIFE INSURANCE COMPANY
**Document Number:** 7

**Docket Text:**
WAIVER OF SERVICE by METROPOLITAN LIFE INSURANCE COMPANY. ROBYN CHAMP waiver sent on 9/11/2007, answer due 11/13/2007. (Esaw, Ronda)


**1:07-cv-1477 Notice has been electronically mailed to:**

Ronda Brown Esaw     resaw@mcguirewoods.com, llabossiere@mcguirewoods.com

**1:07-cv-1477 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\MetLife - Jones\Waiver of Service of Summons - Robyn Champ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/2/2007] [FileNumber=1570036-0]
[42a38a052a8c6475a5b7152721f0723e752f68d5121aac9df15a27cc10299a165189
6b7fa1c128aac4b58046cdfd8b8bd2c8f597fc073cccb10427e70c231438]]

1/14/2008

WAIVER OF SERVICE OF SUMMONS

To: RONDA B. ESAW, ESQ.

I acknowledge receipt of your request that I waive service of summons in this action of Metropolitan Life Insurance Company v. Patricia A. Jones, et al., which is case number 1:07-cv-01477 (RCL) in the United States District Court for the District of Columbia. I have also received a copy of the complaint in interpleader in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after September 11, 2007, or within 90 days after that date if the request was sent outside the United States.

9/13/07
DATE

_Robyn Champ_
SIGNATURE

Printed/Typed Name: ROBYN CHAMP
As _____ for _____

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of the summons, fails to do so will be required to bear the costs of such service unless good cause can be shown for the failure to sign and return the waiver.

It is not good cause for a failure to waiver service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

**LaBossiere, Lisa K.**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, October 02, 2007 5:09 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-01477-RCL METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al Waiver of Service |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Esaw, Ronda on 10/2/2007 at 5:09 PM and filed on 10/2/2007
**Case Name:**          METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al
**Case Number:**        1:07-cv-1477
**Filer:**              METROPOLITAN LIFE INSURANCE COMPANY
**Document Number:** 8

**Docket Text:**
WAIVER OF SERVICE by METROPOLITAN LIFE INSURANCE COMPANY. DYNISE L. CHAMP waiver sent on 9/13/2007, answer due 11/13/2007. (Esaw, Ronda)


**1:07-cv-1477 Notice has been electronically mailed to:**

Ronda Brown Esaw     resaw@mcguirewoods.com, llabossiere@mcguirewoods.com

**1:07-cv-1477 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\MetLife - Jones\Waiver of Service of Summons - Dynise L. Champ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/2/2007] [FileNumber=1570050-0]
[2d664c6c0ae974a46bc7af33c56d9b48c2b7f19ca87464cbe3d07dc878017a48874c
e4e858de1efe006471da8efb13c32e6b89c49657320d825999698b62c5a8]]

## WAIVER OF SERVICE OF SUMMONS

To: RONDA B. ESAW, ESQ.

I acknowledge receipt of your request that I waive service of summons in this action of Metropolitan Life Insurance Company v. Patricia A. Jones, et al., which is case number 1:07-cv-01477 (RCL) in the United States District Court for the District of Columbia. I have also received a copy of the complaint in interpleader in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after September 13, 2007, or within 90 days after that date if the request was sent outside the United States.

9/26/07
DATE

SIGNATURE

Printed/Typed Name: DYNISE L. CHAMP
As _____ for _____

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of the summons, fails to do so will be required to bear the costs of such service unless good cause can be shown for the failure to sign and return the waiver.

It is not good cause for a failure to waiver service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

<u>Metropolitan Life Insurance Company v. Patricia A. Jones, et al.</u>
Case No. 1:07-cv-01477 (RCL)
**Status Memorandum**
**Exhibit B**

Return of Service/Affidavit -- W.H. Bacon Funeral Home, Inc.

**LaBossiere, Lisa K.**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Friday, October 12, 2007 10:34 AM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-01477-RCL METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al Summons Returned Executed |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Esaw, Ronda on 10/12/2007 at 10:33 AM and filed on 10/12/2007

**Case Name:** METROPOLITAN LIFE INSURANCE COMPANY v. JONES et al
**Case Number:** 1:07-cv-1477
**Filer:**
**Document Number:** 10

**Docket Text:**
RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. W.H. BACON FUNERAL HOME, INC. served on 10/5/2007, answer due 10/25/2007 (Esaw, Ronda)


**1:07-cv-1477 Notice has been electronically mailed to:**

Ronda Brown Esaw      resaw@mcguirewoods.com, llabossiere@mcguirewoods.com

**1:07-cv-1477 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\MetLife - Jones\Return of Service for WH Bacon Funeral Home Inc..pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/12/2007] [FileNumber=1579094-0
] [3b4ec4d98ab575fd031e75e0e5b20fb9aeb986f2aae0020601dfa0ac22de3fdc172
659870fdef075d325207bd592c23cb869a66757bf05249e39e897f760d640]]

1/14/2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

METROPOLITAN LIFE
INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

PATRICIA A. JONES, et al.

Case: 1:07-cv-01477
Assigned To : Lamberth, Royce C.
Assign. Date : 8/16/2007
Description: Contract

TO: (Name and address of Defendant)

W.H. Bacon Funeral Home, Inc.
Serve: Wanda C. Bacon
       Registered Agent
       3447 14th Street, N.W.
       Washington, D.C. 20010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronda B. Esaw, Esq.
McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

AUG 16 2007

CLERK                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10-5-07 @ 1:28pm |
| NAME OF SERVER (PRINT) MaryLou Slattery | TITLE PPS |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: W.H. Bacon Funeral Home, Inc. 3447 14th St., N.W., Washington, DC 20010

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/8/2007        _Mary Lou Slattery_
                  Date              Signature of Server

6188 B Old Franconia Rd., Alexandria, VA 22310
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.