UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **METROPOLITAN LIFE** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1477 (RCL) |
| | ) | |
| **PATRICIA A. JONES,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Since proof of service has been filed and defendants have failed to respond, accordingly, it is hereby

ORDERED that within 10 days of the date of this order plaintiff shall cause default to be entered by the Clerk and thereafter move for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed without prejudice pursuant to Local Civil Rule 83.23. If some other cause of action is appropriate, plaintiff shall promptly notify the Court.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 22, 2008.