UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-1477 (RCL) |
| PATRICIA A. JONES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of plaintiff's motion [3] for interpleader relief and the record herein, it is hereby

ORDERED that plaintiff's motion [3] for interpleader relief is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 29, 2008.