UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** | : | |
| | : | |
| Plaintiff, | | |
| | : | Case No. 1:07-cv-01477 |
| v. | | Assigned to: Lamberth, Royce C. |
| | : | Assign. Date: 08/16/2007 |
| **PATRICIA JONES, et al.** | | Description: Contract |
| | : | |
| Defendants. | | |
| | LINE | |

Please enter the appearance of Erica T. Davis and **Axelson, Williamowsky, Bender & Fishman, P.C.** on behalf of the Defendant, PATRICIA JONES.

                                                    Respectfully submitted,
                                                    **AXELSON, WILLIAMOWSKY**
                                                    **BENDER & FISHMAN, P.C.**

                    By:   /s/ Erica T. Davis_____
                           Erica T. Davis, Esquire
                           Jeremy K. Fishman, Esquire
                           401 North Washington Street, Suite 550
                           Rockville, Maryland 20850
                           (301) 738-7685
                           Counsel for Defendant, Patricia Jones

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Answer was mailed first-class postage pre-paid on this 14th day of March, 2008 to:

Ronda Brown Esaw, Esq.
Sarah A. Belger, Esq.
McGuire Woods, LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4215
Attorneys for Plaintiff, Metropolitan Life Insurance Company

Robyn Champ
2765 Langston Place, SE
Washington, D.C. 20020-3238

Robert S. Champ, II
1513 Channing St., NE
Washington, D.C. 20018

Dynsie L. Champ
10167 Scotch Hill Dr.
Largo, MD 20772


Cherie T. Champ
326 McCotter Blvd., Apt. 38
Havelock, NC 28532

W.H. Bacon Funeral Home, Inc.
Wanda C. Bacon
Registered Agent
3447 14th St., NW
Washington, D.C. 20010


    /s/ Erica T. Davis
Erica T. Davis, Esquire