UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA A. JONES )<br>ROBYN CHAMP )<br>ROBERT S. CHAMP II, )<br>DYNISE L. CHAMP )<br>CHERIE T. CHAMP, AND )<br>W.H. BACON FUNERAL HOME, INC. )<br>)<br>Defendants. )<br>_____) | Case No. 1:07-cv-01477 (RCL) |

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Status Conference, Clarification of the Court's January 29, 2008 Order, and Leave to Refile its Motion for Interpleader Relief. Upon consideration of the Motion, and

IT APPEARING TO THE COURT that Plaintiff's Motion is granted in part.

It is hereby ORDERED, that Plaintiff's Motion for Status Conference is GRANTED.

It is further ORDERED, that all parties must attend a Status Conference on April 30, 2008, at 2:00 p.m. in Courtroom 22A, to discuss the status and issues in this case. Any party who fails attend, or send counsel, shall be defaulted.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on April 18, 2008.

COPIES SENT TO:

Ronda B. Esaw, Esq. D.C. Bar No. 494516
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
Telephone:  (703) 712-5392
Facsimile:  (703) 712-5251
resaw@mcguirewoods.com
Attorney for Plaintiff, Metropolitan Life
Insurance Company

Wanda C. Bacon, Registered Agent
W.H. Bacon Funeral Home, Inc.
3447 14th Street, N.W.
Washington, D.C.  20010
*Pro se* Defendant

Ms. Robyn Champ
1409 Bernize Lane
Greenville, NC  27834
*Pro se* Defendant

Ms. Dynise L. Champ
3559 55th Avenue, Apartment 10
Hyattsville, MD  20784
*Pro se* Defendant

Ms. Cherie T. Champ
326 McCotter Blvd., Apt. 38
Havelock, NC  38532
*Pro se* Defendant

PFC Champ, Cherie
MTACS-28
PSC Box 8070
Cherry Point, NC  28533
*Pro se* Defendant

Mr. Robert S. Champ, II
1513 Channing St., N.E.
Washington, D.C.  20018
*Pro se* Defendant

Patricia A. Jones
1513 Channing St., N.E.
Washington, D.C.  20018
*Pro se* Defendant