REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 05:8110 Aug. Compensation for dependents of Govt. Employees | | | |
|---|---|---|---|---|
| CASE NO:<br>07-cv-01477 | DATE REFERRED:<br>04/30/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Royce C. Lamberth | MAG. JUDGE<br>Deborah A. Robinson |

| PLAINTIFF(S):<br>Ronda Brown Esaw | DEFENDANT(S):<br>Erica Tiffany Davis |
|---|---|

ENTRIES: