UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **METROPOLITAN LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-1477 (RCL) |
| | ) | |
| **PATRICIA A. JONES** | ) | |
| **ROBYN CHAMP** | ) | |
| **ROBERT S. CHAMP II,** | ) | |
| **DYNISE L. CHAMP** | ) | |
| **CHERIE T. CHAMP, AND** | ) | |
| **W.H. BACON FUNERAL HOME, INC.** | ) | |
| | ) | |
|    **Defendants.** | ) | |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM FOR ATTORNEYS' FEES AND REQUEST TO BE EXCUSED FROM COURT MANDATED MEDIATION

Plaintiff Metropolitan Life Insurance Company ("MetLife"), through undersigned counsel, and pursuant to the Status Conference held before the Honorable Royce C. Lamberth on Wednesday, April 30, 2008, hereby notifies the Court and the Defendants that Plaintiff withdraws its claim for attorneys' fees asserted in its Complaint in Interpleader filed with this Court on August 16, 2007.

In light of this withdrawal, Plaintiff respectfully requests that it be excused from the Court Mandated Mediation.

A proposed Order is attached to this Notice.

                                                      Respectfully submitted,

                                                    METROPOLITAN LIFE
                                                    INSURANCE COMPANY

      /s/ Ronda B. Esaw
Ronda B. Esaw, Esq. D.C. Bar No. 494516
Sarah A. Belger, Esq. Va. Bar No. 67947 (motion for admission *pro hac vice* to be filed)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
Telephone:  (703) 712-5392
Facsimile:  (703) 712-5251

Attorney for Plaintiff, Metropolitan Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Erica T. Davis, Esq.
Jeremy K. Fishman, Esq.
401 North Washington Street, Suite 550
Rockville, Maryland  20850
etd@vawlaw.com

*Counsel for Defendant, Patricia Jones*

I also hereby certify that I will mail the document by U.S. Mail to the following non-filing users:

| | |
|---|---|
| Wanda C. Bacon, Registered Agent<br>W.H. Bacon Funeral Home, Inc.<br>3447 14th Street, N.W.<br>Washington, D.C.  20010 | Ms. Dynise L. Champ<br>3559 55th Avenue, Apartment 10<br>Hyattsville, MD  20784 |
| Ms. Robyn Champ<br>1409 Bernize Lane<br>Greenville, NC  27834 | Ms. Cherie T. Champ<br>326 McCotter Blvd., Apt. 38<br>Havelock, NC  38532<br> and<br>PFC Champ, Cherie<br>MTACS-28<br>PSC Box 8070<br>Cherry Point, NC  28533 |
| Mr. Robert S. Champ, II<br>1513 Channing St., N.E.<br>Washington, D.C.  20018 | |

                                                  /s/ Ronda B. Esaw
                                                Ronda B. Esaw

\6251849.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**PATRICIA A. JONES** )<br>**ROBYN CHAMP** )<br>**ROBERT S. CHAMP II,** )<br>**DYNISE L. CHAMP** )<br>**CHERIE T. CHAMP, AND** )<br>**W.H. BACON FUNERAL HOME, INC.** )<br>)<br>    **Defendants.** )<br>_____) | Case No. 1:07-cv-1477 (RCL) |

## ORDER

Upon consideration of Plaintiff's NOTICE OF WITHDRAWAL OF CLAIM FOR ATTORNEYS' FEES AND REQUEST TO BE EXCUSED FROM COURT MANDATED MEDIATION, and good cause having been shown, it is this _____ day of May, 2008 hereby

ORDERED, that Plaintiff's NOTICE OF WITHDRAWAL OF CLAIM FOR ATTORNEY'S FEES has been duly noted; and it is further

ORDERED, that Plaintiff's REQUEST TO BE EXCUSED FROM COURT MANDATED MEDIATION, is GRANTED

ENTERED this _____ day of May, 2008.

_____
The Honorable Royce C. Lamberth
United States District Court Judge

**COPIES TO:**

Ronda B. Esaw, Esq. D.C. Bar No. 494516
Sarah A. Belger, Esq. Va. Bar No. 67947
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215

Counsel for Plaintiff, Metropolitan Life Insurance Company

Wanda C. Bacon, Registered Agent
W.H. Bacon Funeral Home, Inc.
3447 14th Street, N.W.
Washington, D.C.  20010

Ms. Dynise L. Champ
3559 55th Avenue, Apt. 10
Hyattsville, MD  20784

Ms. Cherie T. Champ
326 McCotter Blvd., Apt. 38
Havelock, NC  38532

PFC Champ, Cherie
MTACS-28
PSC Box 8070
Cherry Point, NC  28533

Ms. Robyn Champ
1409 Bernize Lane
Greenville, NC  27834

Mr. Robert S. Champ, II
1513 Channing St., N.E.
Washington, D.C.  20018

Erica T. Davis, Esq.
Jeremy K. Fishman, Esq.
401 North Washington Street, Suite 550
Rockville, Maryland  20850

Counsel for Defendant, Patricia Jones