UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:07-cv-1477 (RCL) |
| PATRICIA A. JONES ROBYN CHAMP ROBERT S. CHAMP II, DYNISE L. CHAMP CHERIE T. CHAMP, AND W.H. BACON FUNERAL HOME, INC. | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### INTERPLEADER ORDER

Upon Motion of Plaintiff Metropolitan Life Insurance Company ("MetLife"), through counsel, the Court enters this Interpleader Order for the life insurance benefits payable under the Federal Employees' Group Life Insurance Program ("the FEGLI Program") upon the death of Robert S. Champ (the "Decedent"). In its Complaint, MetLife admits that the federal government, pursuant to the Federal Employee's Group Life Insurance Act, purchased a policy of group life insurance providing coverage for eligible civilian employees. The Decedent was a civilian employee and therefore a participant in the FEGLI Program at the time of his death. Pursuant to the FEGLI Policy, the Decedent's designated beneficiaries are entitled to payment of basic life insurance benefits totaling $218,000.00 plus any applicable interest (the "FEGLI Proceeds").

The Court finds that MetLife is merely a stakeholder and claims no beneficial interest in the FEGLI Proceeds. The Court further finds that MetLife is exposed to inconsistent and/or

multiple claims for payment of the FEGLI Proceeds. The Court further finds that the alleged beneficiaries under the terms of the FEGLI Program, who claim entitlement to the FEGLI Proceeds, have been properly joined in this action and are subject to the Court's jurisdiction.

MetLife is willing to pay the FEGLI Proceeds into the Court upon entry of this Order dismissing it with prejudice from the litigation.

Accordingly, it is hereby ordered pursuant to 5 U.S.C. § 8715, 28 U.S.C. §§ 1331, 1332, and 1335, and Federal Rules of Civil Procedure 22 and 67, that: 1) MetLife is permitted to tender the FEGLI Proceeds to the Clerk of this Court in the amount of $218,000.00 plus any applicable interest and MetLife shall tender such amount within 30 days of the entry of this Order; 2) the Clerk shall deposit the FEGLI Proceeds into a segregated, interest bearing account referencing this case and "FEGLI Proceeds"; and 3) upon confirmation by the Clerk of payment of the FEGLI Proceeds, the Court shall enter the attached draft order (Attachment A) that will discharge MetLife, the United States Office of Personnel Management, their affiliated entities, and the FEGLI Program from any further liability arising under the FEGLI Program as a consequence of the death of Decedent and dismiss MetLife with prejudice from this action and provide for other relief requested in MetLife's Motion for Interpleader Relief.

IT IS SO ORDERED.

_____
Judge
United States District Court for
the District of Columbia

Entered May 30, 2008

\6233052 1