UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **METROPOLITAN LIFE** )<br>**INSURANCE COMPANY,** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**PATRICIA A. JONES** )<br>**ROBYN CHAMP** )<br>**ROBERT S. CHAMP II,** )<br>**DYNISE L. CHAMP** )<br>**CHERIE T. CHAMP, AND** )<br>**W.H. BACON FUNERAL HOME, INC.** )<br>)<br>   **Defendants.** )<br>_____) | Case No. 1:07-cv-1477 (RCL) |

## NOTICE REGARDING DEPOSIT OF FEGLI PROCEEDS

Plaintiff Metropolitan Life Insurance Company hereby gives notice to the Court and Defendants that in accordance with the Court's Order dated May 30, 2008, a check made payable to the Clerk, U.S. District Court in the amount of $224,540.65 has been tendered to the Court for deposit into the registry of the Court for the above captioned case. See Exhibit 1.

                                      Respectfully submitted,

                                      METROPOLITAN LIFE
                                      INSURANCE COMPANY

                                      By Counsel

                                                /s/ Ronda B. Esaw
Ronda B. Esaw, Esq. D.C. Bar No. 494516
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
Telephone:  (703) 712-5392
Facsimile:  (703) 712-5251
resaw@mcguirewoods.com

Attorney for Plaintiff, Metropolitan Life
Insurance Company

\6363549.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Erica T. Davis, Esq.
Jeremy K. Fishman, Esq.
401 North Washington Street, Suite 550
Rockville, Maryland  20850
etd@vawlaw.com

*Counsel for Defendant, Patricia Jones*

I also hereby certify that I will mail the document by U.S. Mail to the following non-filing users:

Wanda C. Bacon, Registered Agent
W.H. Bacon Funeral Home, Inc.
3447 14th Street, N.W.
Washington, D.C.  20010

Ms. Robyn Champ
1409 Bernize Lane
Greenville, NC  27834

Ms. Dynise L. Champ
3559 55th Avenue, Apartment 10
Hyattsville, MD  20784

Ms. Cherie T. Champ
326 McCotter Blvd., Apt. 38
Havelock, NC  38532
 and
PFC Champ, Cherie
MTACS-28
PSC Box 8070
Cherry Point, NC  28533

Mr. Robert S. Champ, II
1513 Channing St., N.E.
Washington, D.C.  20018

                                                  /s/ Ronda B. Esaw
                                                  Ronda B. Esaw

\6363549.1

McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

Ronda B. Esaw
Direct: 703.712.5392

# McGuireWoods

resaw@mcguirewoods.com
Direct Fax: 703.712.5251

June 25, 2008

**VIA COURIER**

Ms. Nancy Mayer-Whittington
Clerk of Court
Clerk's Office – Civil Intake
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:    <u>Metropolitan Life Insurance Company v. Patricia Jones, et al.</u>
              Case No. 1:07-cv-1477 RCL

Dear Ms. Mayer-Whittington:

      Enclosed please find a check from Metropolitan Life Insurance Company in the amount of $224,540.65 to be deposited into the registry of the Court in the above-referenced matter. For your reference, I have also enclosed a copy of the Court's May 30, 2008 Order directing that such deposit be made.

      Please file stamp the enclosed extra copy of this letter and return same to the undersigned in the self-addressed envelope provided.

      If you have any questions regarding the enclosed materials, please do not hesitate to contact me at the number provided above.

                                        Sincerely,

                                        Ronda B. Esaw

/lkl
Encls.

EXHIBIT 1

June 25, 2008
Page 2


cc:    Erica T. Davis, Esq.
       Jeremy K. Fishman, Esq.
       Ms. Robyn Champ
       Ms. Cherie T. Champ
       Ms. Dynise L. Champ
       Mr. Robert S. Champ, II
       Wanda C. Bacon, Registered Agent

\6362831.1

Case 1:07-cv-01477-RCL   Document 23-2   Filed 06/26/2008   Page 3 of 6
Case 1:07-cv-01477-RCL   Document 22-2   Filed 05/30/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **METROPOLITAN LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-1477 (RCL/DAR) |
| | ) |
| **PATRICIA A. JONES** | ) |
| **ROBYN CHAMP** | ) |
| **ROBERT S. CHAMP II,** | ) |
| **DYNISE L. CHAMP** | ) |
| **CHERIE T. CHAMP, AND** | ) |
| **W.H. BACON FUNERAL HOME, INC.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## INTERPLEADER ORDER

Upon Motion of Plaintiff Metropolitan Life Insurance Company ("MetLife"), through counsel, the Court enters this Interpleader Order for the life insurance benefits payable under the Federal Employees' Group Life Insurance Program ("the FEGLI Program") upon the death of Robert S. Champ (the "Decedent"). In its Complaint, MetLife admits that the federal government, pursuant to the Federal Employee's Group Life Insurance Act, purchased a policy of group life insurance providing coverage for eligible civilian employees. The Decedent was a civilian employee and therefore a participant in the FEGLI Program at the time of his death. Pursuant to the FEGLI Policy, the Decedent's designated beneficiaries are entitled to payment of basic life insurance benefits totaling $218,000.00 plus any applicable interest (the "FEGLI Proceeds").

The Court finds that MetLife is merely a stakeholder and claims no beneficial interest in the FEGLI Proceeds. The Court further finds that MetLife is exposed to inconsistent and/or

multiple claims for payment of the FEGLI Proceeds. The Court further finds that the alleged beneficiaries under the terms of the FEGLI Program, who claim entitlement to the FEGLI Proceeds, have been properly joined in this action and are subject to the Court's jurisdiction.

MetLife is willing to pay the FEGLI Proceeds into the Court upon entry of this Order dismissing it with prejudice from the litigation.

Accordingly, it is hereby ordered pursuant to 5 U.S.C. § 8715, 28 U.S.C. §§ 1331, 1332, and 1335, and Federal Rules of Civil Procedure 22 and 67, that: 1) MetLife is permitted to tender the FEGLI Proceeds to the Clerk of this Court in the amount of $218,000.00 plus any applicable interest and MetLife shall tender such amount within 30 days of the entry of this Order; 2) the Clerk shall deposit the FEGLI Proceeds into a segregated, interest bearing account referencing this case and "FEGLI Proceeds"; and 3) upon confirmation by the Clerk of payment of the FEGLI Proceeds, the Court shall enter the attached draft order (Attachment A) that will discharge MetLife, the United States Office of Personnel Management, their affiliated entities, and the FEGLI Program from any further liability arising under the FEGLI Program as a consequence of the death of Decedent and dismiss MetLife with prejudice from this action and provide for other relief requested in MetLife's Motion for Interpleader Relief.

IT IS SO ORDERED.

_____
Judge
United States District Court for
the District of Columbia

Entered May 30, 2008

\6233052 1

2



**OFFICE OF FEDERAL EMPLOYEES' GROUP LIFE INSURANCE**
**STATEMENT OF CLAIM PAYMENT FOR LIFE INSURANCE**

| Claim Number | Date of Death and/or Dismemberment | Date of Birth | Name of Insured **** |
|---|---|---|---|
| 20050900255 | 09-29-2005 | 08-06-1955 | Robert S Champ |

| Name of Payee | Life Insurance | Interest | Total |
|---|---|---|---|
| Clerk US District Court | $ 218000.00 | $ 6540.65 | $ 224540.65 |

| Group Number | |
|---|---|
| 0017000 | THE OFFICE OF FEDERAL EMPLOYEES' GROUP LIFE INSURANCE CANNOT ASSIST YOU IN NEGOTIATING THE CHECK. YOU SHOULD CONTACT YOUR LOCAL BANK IN YOUR COMMUNITY. |

DATE: 06-19-2008

We have enclosed a check for your Federal Employees' Group Life Insurance (FEGLI) claim.
If you have questions or need further help, please call the OFEGLI customer service toll-free number at 1-800-633-4542.

To ensure the timely receipt of year end tax information, please call the OFEGLI customer service toll-free number or write the Office of Federal Employee's Group Life insurance to report any change of address. Written notification must include the insured's name and Social Security or Claim Number.

MA8265.SCRE(08/02)

---

DETACH HERE

170   62-35/311

| Office of Federal Employees' Group Life Insurance<br>P. O. Box 2627<br>Jersey City, NJ 07303-2627 | Group No.<br>0017000 | If Payment Includes Settlement Interest It Is Subject to Federal and Local Income Tax Laws. | Check Number<br>**001095243** |
|---|---|---|---|
| Claim No.<br>20050900255 | Name of Insured<br>Robert S Champ | Date of Birth   Date of Death<br>08-06-1955  09-29-2005   $ Interest 6540.65 | Not Valid Before<br>JUN/19/2008 |

PAY TO THE ORDER OF:

00003

Clerk US District Court
US District Court for DC
333 Constitution Ave NW
Washington DC 20001

Amount
Dollars    Cents
$*224540*65

THE BANK OF NEW YORK (DELAWARE)
Newark, Delaware

AUTHORIZED SIGNATURE

⑈001095243⑈ ⑆031100351⑆ ⑈030098 2030⑈ 170

**LaBossiere, Lisa K.**

| | |
|---|---|
| **From:** | LaserShip_Tracking@lasership.com |
| **Sent:** | Wednesday, June 25, 2008 1:10 PM |
| **To:** | LaBossiere, Lisa K. |
| **Subject:** | LaserShip Delivery Confirmation (T012318202) |

Notification of Delivery from Lasership

Delivery order: T012318202, (reference: 2046562-0001), placed by Lisa LaBossiere on behalf of Ronda B. Esaw, was delivered on Wednesday, June 25, 2008 at 12:51:00 EST to U.S. DIST. COURT FOR THE DISTRICT OF COLUMBIA.  It was signed for by JACKSON.

If you have any questions or concerns about this delivery, please email manager01 @lasership.com or call 703-847-0550.

Thank you for shipping with Lasership!

[Please note: This is an autogenerated document. Please do not reply to it. For web support, email support@lasership.com]

1