UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**METROPOLITAN LIFE
INSURANCE COMPANY,**            )
                                )
   Plaintiff,                   )
                                )
v.                              )   Case No. 1:07-cv-1477
                                )
**PATRICIA A. JONES**            )
**ROBYN CHAMP**                  )
**ROBERT S. CHAMP II,**          )
**DYNISE L. CHAMP**              )
**CHERIE T. CHAMP, AND**         )
**W.H. BACON FUNERAL HOME, INC.** )
                                )
   Defendants.                  )
                                )

### ORDER OF DISMISSAL AND OTHER RELIEF IN FAVOR OF METROPOLITAN LIFE INSURANCE COMPANY, THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, THEIR AFFILIATED ENTITIES AND THE FEGLI PROGRAM

In the Court's Interpleader Order in this matter, entered on May 30, 2008 (the "Interpleader Order") the Court permitted Metropolitan Life Insurance Company ("MetLife") to tender to the Clerk of the Court the sum of Two Hundred Eighteen Thousand Dollars ($218,000.00) plus any applicable interest (the "FEGLI Proceeds"), representing the life insurance benefits payable upon the death of Robert S. Champ (the "Decedent"), under the Federal Employees' Group Life Insurance Program (the "FEGLI Program"). On June 26, 2008 in compliance with the Order, MetLife tendered the appropriate amount to the Clerk of the Court. Accordingly, based on the Court's previous findings in the Interpleader Order, IT IS HEREBY ORDERED, that:

2

1.  MetLife is hereby **DISMISSED WITH PREJUDICE** from this action;

2.  MetLife, the United States Office of Personnel Management ("OPM"), their affiliated entities and the FEGLI Program are forever discharged from any and all further liability to Defendants, their heirs, successors, assigns, representatives, agents, and/or anyone claiming through them or to any other person or entity for any claim, demand, action or cause of action past, present or future arising out of or in any way connected with the participation of the Decedent in the FEGLI Program;

3.  Upon receipt of the FEGLI Proceeds, the Clerk shall disburse the funds in the manner stipulated by the Defendants in the **SEALED** Praecipe.

4.  Defendants are enjoined and restrained from instituting or prosecuting any claim or proceeding, including but not limited to this lawsuit, in any State or United States court against MetLife, OPM, their affiliated entities, or the FEGLI Program for the FEGLI Proceeds or other claims pursuant to the participation of Decedent in the FEGLI Program; and

5.  This case shall be **DISMISSED WITH PREJUDICE** upon distribution of the FEGLI Proceeds as directed by the Defendants.

It is so **ORDERED**.

_____
Magistrate Judge, United States District Court for the District of Columbia

Entered June 27, 2008